UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-80531-Matthewman

JOHN DREWES, JAMES DREWES
(as Trustees of the Drewes Family Trust)
and JAMES DREWES,

    Plaintiffs,

v.

CETERA FINANCIAL GROUP, INC.,
and ADAM ANTONIADES,

    Defendants.

_____/

FILED BY KJZ D.C.
Jan 5, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation of Dismissal with Prejudice [DE 250]. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorney's fees and costs;

2. All pending motions are **DENIED AS MOOT**;

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 5th day of January 2022.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge